IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TWO-WAY MEDIA LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 14-1006 (RGA) |
| ) | |
| COMCAST CABLE COMMUNICATIONS, ) | |
| LLC, COMCAST INTERACTIVE MEDIA, ) | |
| LLC, NBCUNIVERSAL MEDIA, LLC and ) | |
| NBCUNIVERSAL, LLC, ) | |
| ) | |
| Defendants. ) | |
| TWO-WAY MEDIA LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 14-1212 (RGA) |
| ) | |
| VERIZON SERVICES CORP. and ) | |
| VERIZON ONLINE LLC, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Comcast Cable Communications, LLC, Comcast Interactive Media, LLC, NBCUniversal Media, LLC, NBCUniversal, LLC, Verizon Services Corp., and Verizon Online LLC move pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings that U.S. Patent Nos. 6,434,622; 7,266,686; 5,778,187; 5,983,005; and 8,539,237 are invalid under 35 U.S.C. § 101 because the claims of the patents are directed to patent-ineligible subject matter – *i.e.*, an abstract idea. The grounds for this motion are set forth in the Opening Brief submitted herewith.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ROSS ARONSTAM & MORITZ LLP |
| | |
| */s/ Paul Saindon* | */s/ Benjamin J. Schladweiler* |
| Jack B. Blumenfeld (#1014) | Benjamin J. Schladweiler (#4601) |
| Paul Saindon (#5110) | 100 S. West Street |
| 1201 N. Market Street | Suite 400 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 576-1600 |
| (302) 658-9200 | bschladweiler@ramllp.com |
| jblumenfeld@mnat.com | *Attorneys for Defendants Verizon Services Corp. and Verizon Online LLC* |
| psaindon@mnat.com | |
| *Attorneys for Defendants Comcast Cable Communications, LLC, Comcast Interactive Media, LLC, NBCUniversal Media, LLC and NBCUniversal, LLC* | |

OF COUNSEL:                                    OF COUNSEL:

Brian Ferrall                                  Thomas M. Dunham
Paven Malhotra                                 WINSTON & STRAWN LLP
David J. Rosen                                 1700 K Street, N.W.
KEKER & VAN NEST LLP                           Washington, D.C. 20006-3817
633 Battery Street                             (212) 282-5000
San Francisco, CA 94111
(415) 391-5400                                 Kurt A. Mathas
  *Attorneys for Defendants Comcast Cable*    Sarah J. Kalemeris
  *Communications, LLC, Comcast Interactive*  WINSTON & STRAWN LLP
  *Media, LLC*                                 35 W Wacker Drive
                                               Chicago, IL 60601
Steven Lieberman                               (312) 558-5600
Brian Rosenbloom
Derek Dahlgren
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040
  *Attorneys for Defendants NBCUniversal*
  *Media LLC, and NBCUniversal, LLC*

September 4, 2015
9435243.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 4, 2015, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael F. Heim, Esquire<br>Leslie V. Payne, Esquire<br>Micah J. Howe, Esquire<br>R. Allan Bullwinkel, Esquire<br>HEIM, PAYNE & CHORUSH L.L.P.<br>600 Travis Street, Suite 6710<br>Houston, TX  77002-2912<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Parker C. Folse III, Esquire<br>Brooke A.M. Taylor, Esquire<br>Rachel S. Black, Esquire<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  981001-3000<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*
Paul Saindon (#5110)